FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 05 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER ROBERTSON,<br>a/k/a "JAMES LOMEK" | Criminal Indictment<br><br>No. 1:25CR0341 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about July 24, 2025, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER ROBERTSON, a/k/a "James Lomek," consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained threats to injure the person of another; specifically, ROBERTSON posted a video to Facebook that stated, "F*** the Jews. F*** you if you Jewish. Hey, said f*** the Jews, f*** you if you Jewish. Hey, one shot, two shot, leave you in the sewage. . . . This is not Israel. Jews don't have no protection. F*** the Jews, and f*** you if you Jewish, b****. Hey, f*** the Jews, f*** you if you Jewish. Hey, one shot, two shot, three shot, leave you in the sewage. F*** the Jews, f*** you if you Jewish."

All in violation of Title 18, United States Code, Section 875(c).

## Count Two

On or about August 1, 2025, in the Northern District of Georgia and elsewhere, the defendant, CHRISTOPHER ROBERTSON, a/k/a "James Lomek," consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained a threat to injure the person of another; specifically, ROBERTSON posted a video to Facebook in which he threatened Black people who "lash out openly at the white man," stating "We will kill the s*** out of you guys. . . . We will f***ing murder you."

All in violation of Title 18, United States Code, Section 875(c).

A _____TRUE_____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

BRET R. HOBSON
*Assistant United States Attorney*
Georgia Bar No. 882520

BRENT ALAN GRAY
*Assistant United States Attorney*
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2