U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 0 5 2025

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Division: Atlanta
(USAO: 2025R00696)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton

DISTRICT COURT NO.   **1:25CR0341**

MAGISTRATE CASE NO.

X Indictment
DATE: August 5, 2025

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
CHRISTOPHER ROBERTSON, A/K/A JAMES LOMEK

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Brent Alan Gray
Defense Attorney: