**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Filed in Open Court:    Date: **8/7/25**    Tape: **FTR**    at **9:38**    Time in Court: **38 mins**

Magistrate (presiding): **Catherine M. Salinas**       Deputy Clerk **Angela Smith**
Case Number: **1:25-CR-341**                          Defendant's Name: **Christopher Robertson**
AUSA: **Theodore Hertzberg**                         Defendant's Attorney: **Caitlyn Wade, Tom Hawker**
USPO/PTR: _____                      Type Counsel: ( ) Retained  ( ) CJA  (✓) FPD  ( ) Waived

____ ARREST DATE: _____
____ INTERPRETER _____
____ INITIAL APPEARANCE HEARING. ( ) in THIS DISTRICT    Dft. In Custody? ( ) Yes  ( ) No
____ Defendant advised of right to counsel. WAIVER OF COUNSEL filed.
____ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY
____ ORDER appointing _____ (State Bar of Ga. # _____) as counsel.
____ ORDER giving defendant _____ days to employ counsel. (cc: serv. by Mag)
____ Dft. to pay attorney fees as follows: _____
____ INFORMATION/COMPLAINT filed. _____ WAIVER ON INDICTMENT filed.
**✓** Copy indictment/information given to dft? (✓) Yes  ( ) No    Read to dft? ( ) Yes  (✓) No.
____ CONSENT TO TRIAL BEFORE MAGISTRATE (MISD/PETTY) offense filed.
**✓** ARRAIGNMENT HELD. ( ) superseding indictment/information.
____ ARRAIGNMENT continued until _____ at _____ Request of ( ) Gvt.  ( ) Dft.
____ Dft. fails to appear for arraignment. BENCH WARRANT ISSUED _____
**✓** Dft. enters PLEA OF NOT GUILTY. ( ) Dft. stood mute plea of NOT GUILTY entered.
____ MOTION TO CHANGE PLEA, and order allowing same.
____ PLEA OF GUILTY/NOLO as to counts _____
____ Petition to enter plea of GUILTY/NOLO filed.
____ NEGOTIATED PLEA between Government and defendant filed.
**✓** ASSIGNED TO JUDGE **Cohen** for: ( ) trial ( ) arraignment/sentence.
**✓** ASSIGNED TO MAGISTRATE **McBath** for pretrial proceedings.
**✓** Estimated trial time: ____ days (✓) SHORT   ( ) MEDIUM  ( ) LONG
____ CONSENT TO PRESENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until
_____ at _____ for sentencing.

**✓** See other side.

_Christopher Robertson_, Defendant

\_\_\_\_\_ Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

\_\_\_\_\_ Temporary commitment issued.

\_\_\_\_\_ Defendant to remain on pretrial release under the terms and conditions set forth in the U. S District Court for the _____ District of _____.

BOND/PRETRIAL DETENTION HEARING

__✓__ BOND/PRETRIAL DETENTION hearing held. _____ Detention was not contested at this time.
\_\_\_\_\_ MOTION FOR REDUCTION OF BOND hearing held.
\_\_\_\_\_ MOTION FOR REDUCTION OF BOND ( ) GRANTED   ( ) DENIED
\_\_\_\_\_ WRITTEN ORDER TO FOLLOW.
__✓__ GOVERNMENT MOTION FOR DETENTION (✓) GRANTED   ( ) DENIED
__✓__ WRITTEN ORDER TO FOLLOW.

\_\_\_\_\_ BOND SET AT $ _____   _____ Person Recognizance
\_\_\_\_\_ Non-surety
\_\_\_\_\_ Surety  ( ) Cash  ( ) Property  ( ) Corporate surety ONLY
\_\_\_\_\_ SPECIAL CONDITIONS: _____

\_\_\_\_\_ Bond Filed: defendant released.
\_\_\_\_\_ Bond NOT EXECUTED defendant to remain in Marshal's custody.

SENTENCE : _____

__✓__ **Order**

Pursuant to the Due Process Protections Act, *see* Fed. R. Crim. P. 5(f), the government is directed to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and to provide all materials and information that are arguably favorable to the defendant in compliance with its obligations under *Brady*; *Giglio v. United States*, 405 U.S. 150 (1972); and their progeny. Exculpatory material as defined in *Brady* and *Kyles v. Whitley*, 514 U.S. 419, 434 (1995), shall be provided sufficiently in advance of trial to allow a defendant to use it effectively, and exculpatory information is not limited to information that would constitute admissible evidence.

The failure of the government to comply with its *Brady* obligations in a timely manner may result in serious consequences, including, but not limited to, the suppression or exclusion of evidence, the dismissal of some or all counts, adverse jury instructions, contempt proceedings, or other remedies that are just under the circumstances.

PAGE 2

Defendant: Christopher Robertson   Case No.: 1:25-CR-341
Date: 8/7/25

WITNESSES:

_____
_____
_____
_____
_____
_____
_____
_____
_____

EXHIBITS:

G1 - DVD Disk - Admitted
G2 - DVD Disk - Admitted
G3 - DVD Disk - Admitted
G4 - DVD Disk - Admitted
G5 - Photo of Gun - Admitted
G6 - Photo of bullet in Clip - Admitted
G7 - DVD Disk - Admitted
G8 - Chicago Police Report - marked and not offered.

Original Exhibits  ✓  RETAINED by the Court  _____ RETURNED to counsel