**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**

**CHRISTOPHER ROBERTSON,**

**Defendant.**

**CRIMINAL ACTION FILE
NO. 1:25-CR-341-MHC-JEM**

## ORDER

The change of plea in the above-styled case has been scheduled for **Wednesday, August 5, 2026, at 2:00 p.m.**, in Courtroom 1905, 19th Floor, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.

It is also **ORDERED** that the additional time from June 15, 2026, through August 5, 2026, be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

**IT IS SO ORDERED and DIRECTED**, this the 1st day of July, 2026.

_____
MARK H. COHEN
United States District Judge